No. 12–7930.  IN RE ROBINSON;
No. 12–7991.  IN RE THOMPSON;
No. 12–7998.  IN RE WOODLAND;
No. 12–8004.  IN RE DIGGS;
No. 12–8126.  IN RE RCOM;
No. 12–8240.  IN RE BYRD; and
No. 12–8417.  IN RE SIDENER.  Petitions for writs of habeas corpus denied.

No. 12–8091.  IN RE STAPLES.  Petition for writ of habeas corpus denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–8238.  IN RE KWASNIK.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 12–7563.  IN RE WISE;
No. 12–7685.  IN RE BACA;
No. 12–7741.  IN RE WILLIAMS;
No. 12–7789.  IN RE COBBLE; and
No. 12–8083.  IN RE RUHBAYAN.  Petitions for writs of mandamus denied.

No. 12–7856.  IN RE JIAYANG HUA.  Petition for writ of mandamus and/or prohibition denied.

No. 12–536.  MCCUTCHEON ET AL. v. FEDERAL ELECTION COMMISSION.  Appeal from D. C. D. C.  Probable jurisdiction noted.

No. 12–417.  SANDIFER ET AL. v. UNITED STATES STEEL CORP.  C. A. 7th Cir.  Certiorari granted limited to Question 1 presented by the petition.